[No. 53475-1-I. Division One. December 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LORRAINE KATHLEEN NETHERTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10208-1, Ronald Kessler, J., entered November 7, 2003. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker and Becker, JJ.

[No. 55807-2-I. Division One. December 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02220-5, Ronald Kessler, J., entered February 18, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Dwyer, JJ.

[Nos. 56000-0-I; 56880-9-I; Division One. December 18, 2006.]
      56900-7-I.

MICHAEL L. DRAKE, *Respondent*, v. ROBERT R. BURGESS ET AL., *Appellants*.
MICHAEL L. DRAKE, *Respondent*, v. JONATHAN PAUL OWEN, *Appellant*.

Appeals from judgments of the Superior Court for King County, No. 04-2-03219-9, Charles W. Mertel, J., entered March 17, July 29, August 3 and 16, and September 2, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Grosse and Agid, JJ.

[No. 56320-3-I. Division One. December 18, 2006.]

KING COUNTY, *Respondent*, v. RICHARD AZPITARTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-31896-5, Ronald Kessler, J., entered April 28, 2005. *Affirmed* by unpublished per curiam opinion.